UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CR-20163-SCOLA

United States of America,

v.

CARLOS ENTRIQUE URBANO-FERMIN,

_____/

## WAIVER OF INDICTMENT

I, CARLOS ENTRIQUE URBANO-FERMIN, the above named defendant who is accused of **CONSPIRACY TO DEFRAUD THE UNITED STATES**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 4/15/2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_In court - oral_
Defendant

_Moscowitz_
Counsel for Defendant

_[signature]_
Lauren F. Louis
United States Magistrate Judge