UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20163-CR-SCOLA

UNITED STATES OF AMERICA

vs.

CARLOS ENRIQUE URBANO FERMIN,

   Defendant.
_____/

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

  The United States of America, by and through undersigned counsel, respectfully moves to continue the defendant's sentencing hearing for seventy-five (75) days and in support of this request states as follows:

  1. The Court set a sentencing hearing in this matter for February 11, 2022.

  2. The undersigned requests a brief continuance to the sentencing hearing to mid-to late April for two reasons.

  3. First, the current COVID-19 situation is serious. The Center for Disease Control reports that Miami has 110,441 cases of COVID and a positivity rate of 34.81%, which appears to be the highest number of cases and rate since the start of the pandemic.[1] Given the high prevalence of COVID in the community, the U.S. Attorney's office is on maximum telework schedule for the next several weeks and grand jury proceedings have been canceled. The

---

[1] *See* https://covid.cdc.gov/covid-data-tracker/#county-view?list_select_state=Florida&data-type=Risk&list_select_county=12086 (last visited January 11, 2022).

government submits that additional time will allow for a sentencing hearing when the COVID situation is likely to be less serious.

4. Second, the defendant pled guilty to an information for his involvement in a corruption and money laundering scheme involving a senior official in the Venezuelan government. The government believes that a continuance would further the interests of justice by allowing the government to take certain additional key investigative steps, as set forth in greater detail in the government's prior motion to continue sentencing (DE 29), and would also make the sentencing hearing more efficient. Further, the defendant is currently on bond for this offense and the government does not believe that the defendant poses a danger to the community or flight risk.

5. Defense counsel joins in this motion. Defense counsel further advises that he has a pre-planned trip out of the country scheduled from May 2 – May 18, 2022.

6. The undersigned and defense counsel do not anticipate requesting any additional time.

Wherefore, undersigned counsel respectfully requests that the Court grant his request for a 75-day extension of the defendant's sentencing date.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:   /s Michael N. Berger
      Michael N. Berger
      Assistant United States Attorney
      Court No. A5501557
      99 Northeast 4th Street
      Miami, Florida 33132
      (305) 961-9445
      Michael.Berger2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 12, 2022, the foregoing was filed via CM/ECF and thereby circulated to counsel of record.

 

By: /s Michael N. Berger
Michael N. Berger
Assistant United States Attorney