UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-20163-SCOLA

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.

CARLOS ENRIQUE URBANO FERMIN,

       *Defendant.*
_____

## NOTICE OF FILING LETTERS REGARDING DEFENDANT'S CHARACTER

The Defendant, **Carlos Enrique Urbano Fermin**, by and through undersigned counsel, hereby files the attached letters from family and friends regarding his character.  He respectfully requests that the Court consider them in connection with his sentencing on May 23, 2022 at 8:30 A.M.  The letters are numbered EU01 – EU 064.  Letters written in Spanish follow immediately after their English translations.

       Respectfully submitted,

       **MOSCOWITZ & MOSCOWITZ, P.A.**
       2525 Ponce de Leon Blvd
       Suite 1000
       Coral Gables, FL 33134
       Tel: (305) 379-8300
       Email: nmoscowitz@moscowitz.com

       s/ *Norman A. Moscowitz*

       Norman A. Moscowitz
       Florida Bar No. 765643

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 29th day of April, 2022, a true and correct copy of the foregoing was furnished via the CM/ECF system to all parties designated to receive the electronic filings in this cause.

<u>s/ <em>Norman A. Moscowitz</em></u>
Norman A. Moscowitz

*Hilda Fermin de Urbano*
*11693 Savona Way*
*Orlando, Florida, 32827*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

    I, Hilda Carmen Fermín de Urbano, Venezuelan, married for 30 years to Carlos Enrique
Urbano Sánchez, who died in 2000, may he rest in peace, and whom I formed a family of 4
children with, whose names are: Carlos Enrique, currently 50 years old, Carlos Eduardo,
currently 48 years old, Carlos Esteban, currently 45 years old, and Carlos Ernesto, who died in
2003 due to a traffic accident.  I worked as a teacher from 1967 to 1994, in Barcelona,
Anzoátegui State, Venezuela and my husband worked at the Colgate and Palmolive company as
a salesman, from 1975 to 1987, and later at the Unilever company during 3 years until 1989.
With the fruits of our work and efforts, we were able to establish a butcher shop, where we also
sold cheese and various products.  In 1995, we formed a company called Servicios y Suministros
Especializados Urbano Firmín, S.A (SYSEUFSA), whose purpose was the sale and distribution
of construction materials, which was managed by my husband and my children.

    Additionally, they managed the "La Palmita" farm that initially belonged to my husband's
father and that he inherited, continuing with the farm's activities such as raising cattle and pigs,
planting corn, cotton, etc.  After the death of my husband, my children assumed the management
of both the company and the farm; this was not a difficult task for them since they had been
working together for a long time before they were left without a father.

    My children took on the work that it represented to keep alive what their father had built
with great responsibility and soon they undertook the formation of other companies with my
absolute approval.  Carlos Enrique Urbano Fermín, was a boy of good behavior and an excellent
student. He graduated from high school at 15 years old in 1986, and later he graduated as a

**EU 01**

Hilda Fermin de Urbano
11693 Savona Way
Orlando, Florida, 32827

lawyer in 2000 at the Santa Maria University, located in Barcelona, Anzoátegui State, Venczuela, while always working with his brothers. In 2004 we formed several companies called Constructora Urbano Fermín, C.A, Agroindustrial La Fundadora C.A. and Transporte Urbano Fermin, C.A. In 2007, we acquired our farm "La Panchita" carrying out the same activities related to livestock and sowing of Corn, Sorghum, among others. Businesses that they developed with great responsibility and dedication, continuing with the same purpose of growing as a human being, always with respect for their workers and sharing teachings for them and many people.

Carlos Enrique and his two brothers grew accustomed to having a strong work rhythm and they became honest men with a lot of responsibility. They never had a job rupture between them but rather growth at work and each one of them managed to perform in their individual area while staying together in their companies with good behavior.

I, Hilda Carmen, as the mother of Carlos Enrique, give faith and testimony that he was a child with good behavior, a good student, he grew up as an adolescent and adult without any bad habits. As a human being and an individual, he wanted to achieve goals for his life and be an example for his family, always thinking about the legacy left by his father. It fills me with great pride to be his mother and to continue with him and his brothers along with each of their families. Carlos Enrique Urbano Fermin is excellent as a son, brother, husband, father, uncle and friend, always dedicated to his work and will always remain that way with only God guiding him in every minute of his life, and will continue to be a man of responsibility with his wife and his daughters. I admire him, I feel proud of him and his brothers, and as a mother, I bless them that he is always a very successful person in his life.

Sincerely,
Hilda Fermin de Urbano

EU 02

*Rosa Yslanda*
*11693 Savona*
*Orlando, Florida 32827*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

My name is Rosa Yslanda. I am 50 years old and I am from Venezuela. I moved to the
United States four years ago under a F-1 visa, to improve my English knowledge and pursue an
Associates' degree in Real Estate. I now reside at 11693 Savona Way, Orlando, FL, 32827. I
have been married to Carlos Enrique Urbano Fermín since December 18, 1999. We met while
we were both in Law School at the Santa María University, located in the Lecheria, Anzoátegui,
Venezuela and from where we satisfactorily graduated in 2000. As a matter of fact, this year we
will be celebrating 22 happy years of marriage, during which we built a family together with two
daughters, 21 and 17 years old respectively. We have always remained very close, so I do not
hesitate to affirm that he is an honest, hard-working, responsible and faithful man. I know him to
be an excellent father, honorable husband, good son, supportive brother, and good friend. My
husband, Carlos Enrique, has worked as a businessman and administrator of the farm estate that
he inherited from his late father Carlos Enrique Urbano Sanchez, who I am sure would have been
proud to see him accomplish everything he has done so far. He has always been in charge of a
large quantity of employees, whom he has always treated as a big family. In fact, even before his
father death, it had become a tradition to host a celebration to recognize the employees, their

**EU 03**

Rosa Yslanda
11693 Savona
Orlando, Florida 32827

families, and the whole community where they had their business located at. Every year, the family would hand out Christmas gifts to the children, food and medicines to adults and elders, and many other types of donations, without any other purpose than trying to give back the hard work and support the employees had put in throughout the year. However, all of his good actions do not shadow the fact that I am fully aware of the process my husband is currently facing before the United States Justice System. I want to let him and every party interested know that he counts with my full support and that I belief that the charges he is being accused of had the only purpose of protecting a lifetime of hard work.

Sincerely,
Rosa Yslanda

EU 04

Carhil Urbano
11693 Savona Way
Orlando, Florida 32827

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

     I am Carhil Urbano. I am 21 years old and I am natively from Venezuela. I moved to the United States right after graduating high school, four years ago, to continue my higher education. I recently graduated from the University of Central Florida with a Bachelor's degree in Business Administration. Under the one year OPT that my F-1 Visa provides me, I am currently working at SunTrust Now Truist as a Service Specialist in the Digital Support department. I state this to highlight the important pilar that my father, Carlos Enrique Urbano Fermin, has been throughout all the process that moving out of your home country and building a new life while working towards achieving your goals represent. Ever since I can remember, my dad has always been the one eager to spoil me, see me happy, and the one who has been the proudest when I reach a milestone in my life. It did not have to even be a big moment in our lives for him to celebrate and enjoy moments with us, it was more about the little moments. I vividly remember every night of my child and teenage years that my dad would get home from work, he would knock at the door and every time either one of us asked, he would say something funny so that he could hear us laugh through the door. Right after he would greed us with a hug that lifted us off of our feet, and I can remember how safe that moment made me feel. I looked forward to it every single day. He has worked hard to make sure my sister, my whole family, and I are proud of him and what his values are. This last part he has always been strict and firm about, and that is the importance of growing up with established values and principles. He would never let my sister or myself deviate from what he taught us was right and good for ourselves. His humility and generosity

**EU 05**

Carhil Urbano
11693 Savona Way
Orlando, Florida 32827

values are the ones that have always inspired me. It did not matter how classy and fancy the place could be, my dad would always greed and treat everybody the same. When we lived in Venezuela, one of my favorite things to do was to go to work with my parents, they were the owners so they had the priviledge of some days bringing me with them. I used to love those days because as soon as we arrived to the office, everybody would start telling me stories about my dad and how he had helped them or something funny he had done the past days. Anybody that talked to his employees could feel the love, appreciation and respect they had for him. In those moments, I wanted to be just like him when I grew up. Now, as an adult, I still strive every single day to be like my father and to improve in the things he could have, as it is known, nobody is perfect. Because I am aware of that, and the long legal process he and we as a family have been going through for the past four years of our lives, I want to reiterate the love and support I feel for my father, Carlos Enrique. I believe in him and his intentions of only wanting to maintain and protect what he had worked for his whole life and what would have been his children heritage.

Sincerely,
Carhil Urbano

**EU 06**

*Caren Urbano*
*11693 Savona way*
*Orlando, Florida 32827*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

My name is Caren Urbano, I am 17 years old. I am native from Venezuela and I moved to the United States in August of 2017. I am a student at the University of Central Florida pursuing a Bachelor's degree in Economics, under an F-2 visa. My father Carlos Enrique Urbano Fermin represents a fundamental pillar in my family. He always supports me in all my extra-curricular activities. I currently practice tennis and CrossFit, and many times it is necessary to travel outside of Orlando for competitions and I always count with his unconditional support, not to mention that for him my education and professional development has always been a priority. Since my childhood, my father has focused on working very hard so that he could be able to provide everything my mom, my sister and I needed. Mainly, he has instilled in me essential values for my formation. I grew up in an environment where generosity plays an important role. Many times, I witnessed meetings with employees and their children where we shared despite social class differences and I could see in their faces the happiness of receiving a gift from our hands as a token of appreciation. My father's treatment to others has always been framed within respect. The concept of providing help to those in need is essential. I am very proud to be his

**EU 07**

*Caren Urbano*
*11693 Savona way*
*Orlando, Florida 32827*

daughter. He is my example of perseverance and dedication; he is my strength and daily

inspiration.

      I am who I am today thanks to his efforts and sacrifices. I feel fortunate to have grown

up in a home where I have been able develop, learn, make mistakes and where I acquired the

values that define my life today.


Sincerely,
Caren Urbano

**EU 08**

*Gustavo Jose Barreto Zerpa*
*Urbanizacion El Amparo*
*Torre 5, Piso 1, Apartamaneto 2B*
*Valle La Pascua, Guarico, Venezuela 3250*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Gustavo José Barreto Zerpa, Venezuelan, of legal age, holder of Identity Card No. V-10,978,566, by profession Bachelor of Administration, Regular Professor of the Universidad de los Llanos Juana Ramírez, with construction-related trades civil and livestock; domiciled in the El Amparo urbanization, tower 5, floor I, apartment 2B, city of Valle de la Pascua, Guárico state, Venezuela, Postal Code 2350; I hereby allow myself to indicate that I know the citizen Carlos Enrique Urbano Fermín, and I can attest to the public that he is a businessman dedicated with determination to the productive development of the country, demonstrated -in my case- in the shared participation in the construction of a commercial center (currently paralyzed), the installation of a premixed plant in society and various genetic improvement works in cattle for more than 17 years.

It should be noted that his participation in the activities mentioned above generate important income to the nation for registering all in the transformation of raw materials, sector that dynamizes fiscal taxation and generates jobs more than the other economic sectors. For approximately 12 years, we participated in the planting of corn and sorghum for human and animal consumption, in addition to its transformation into a medium-sized concentrated animal feed plant for self-consumption.

I can also highlight his philanthropic career with various civil groups of a sports and humanitarian nature, where he has always responded with support to baseball, basketball and soccer clubs, as well as medicines, surgical medical supplies, and food assistance to low-income communities.

Gustavo Jose Barreto Zerpa
Urbanizacion El Amparo
Torre 5, Piso 1, Apartamaneto 2B
Valle La Pascua, Guarico, Venezuela 3250

In addition to the above; I want to highlight his support for the cattle community of the Northeast of Guarico, where he has been a fundamental pillar in the genetic improvement program, which seeks to encourage the transformation of the old and unproductive Venezuelan herd, by animals of high standards in dairy and meat performance, through the promotion, donation and scientific-technical support in the introduction of the American Brahman, Gyr Lechero and Girolando breeds, with which, great advances were achieved in the agricultural units of the region. His participation and triumph in the most important fairs in the country, including those governed by the Association of Cebu Cattle Breeders of Venezuela (ASOCEBÚ VENEZUELA, where for three consecutive years he obtained the most important awards.

Finally, his attachment to family values and principles is remarkable; being a responsible father with his three children, wife and mother, with whom he always shares sports, gastronomic, social, and cultural activities, as well as with his brothers, Eduardo and Esteban, with whom - I know - he makes up an excellent work team, one in the engineering area and another in agricultural production; Likewise, personally, we bond with a degree of friendship such that relationships were generated between our families where consanguineous and affective boundaries are amalgamated. Therefore, I reiterate my most profound, most transparent, and heartfelt words to a friend who, I am sure, will know how to forge a family, ethical and moral heritage wherever he is.

Sincerely,
Gustavo Barreto

**Honorable Robert N. Scola, Jr.**
**Tribunal de Distrito de los Estados Unidos de Norteamérica**
**Distrito Sur de Florida**
**Miami, Florida**

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

Yo, Gustavo José Barreto Zerpa, venezolano, mayor de edad, titular de la Cedula de Identidad No. V-10.978.566, de profesión Licenciado en Administración, Docente Regular de la Universidad de los Llanos Juana Ramírez, con oficios relacionados a la construcción civil y ganadería; domiciliado en la urbanización El Amparo, torre 5, piso 1, apartamento 2-B, ciudad de Valle de la Pascua, estado Guárico, Venezuela, Código Postal 2350; por medio de la presente me permito indicar que conozco al ciudadano Carlos Enrique Urbano Fermín, y puedo dar fe pública que es un empresario dedicado con tesón al desarrollo productivo del país, demostrado –en mi caso- en la participación compartida en la construcción de un centro comercial (actualmente paralizado), la instalación de una planta de premezclados en sociedad y diversos trabajos de mejoramiento genético en ganado bovino desde hace mas de 17 años.

Cabe señalar, que su participación en las actividades antes mencionadas, generan ingresos importantes a la nación por inscribirse todas en la transformación de materia prima, sector éste que dinamiza la tributación fiscal y genera empleos más que los demás sectores económicos. Cabe señalar que durante aproximadamente 12 años, participamos en siembras de maíz y sorgo para el consumo humano y animal, además de su transformación en una mediana planta de alimentos concentrados para animales para autoconsumo.

Igualmente puedo destacar su trayectoria filantrópica con diversas agrupaciones civiles de carácter deportivo y humanitario, donde siempre ha respondido con apoyo a los clubes de beisbol, basquetbol y futbol, así como medicinas, material médico quirúrgico y asistencia alimentaria a comunidades de bajos recursos.

**EU 011**

En adición a lo anterior; quiero resaltar su apoyo a la comunidad ganadera del Nororiente del Guárico, donde ha sido pilar fundamental en el programa de mejoramiento genético, que busca incentivar la transformación del viejo e improductivo rebaño venezolano, por animales de altos estándares en desempeño lechero y cárnico, a través del fomento, donación y apoyo científico-técnico en la introducción de las razas Brahman americano, Gyr Lechero y Girolando, con lo que se logró grandes avances en las unidades agropecuarias de la región. Su participación y triunfo en las más importantes ferias del país, incluidas las regidas por la Asociación de Criadores de Ganado Cebú de Venezuela (ASOCEBÚ – VENEZUELA) donde por tres años consecutivos obtuvo los más importantes galardones.

Finalmente, es notable su apego a los valores y principios familiares; siendo un padre responsable con sus tres hijos esposa y madre, con quienes siempre comparte actividades deportivas, gastronómicas, sociales y culturales, así como con sus hermanos, Eduardo y Esteban, con quienes –me consta- conforma un excelente equipo de trabajo, uno en el área de ingeniería y otro en la producción agropecuaria; igual, en lo personal, nos vinculamos con un grado de amistad tal que se generaron vínculos entre nuestras familias donde los límites consanguíneos y afectivos se amalgaman. Por tanto, reitero mis más profundas, transparentes y sentidas palabras para con un amigo que, estoy seguro, sabrá forjar un patrimonio familiar, ético y moral donde le corresponda.

Quedo de ustedes,

Cordialmente;

Gustavo Barreto
C.I. V-10.978.566
Teléfono 0058-4144562652
Email: gbarretoz@gmail.com

**EU 012**

*Jesus del Valle Cova Urbano*
*Urbanización Terrazas del Puerto IV*
*Tower 3 Apt 3-Ph-D*
*Barcelona, Anzoátegui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I am Jesús del Valle Cova Urbano, Venezuelan, I am 62 years old, bearer of identity card number No. V-5,491,800. I was born in the San Cristóbal municipality, in the city of Barcelona, Anzoátegui state, Venezuela, with current address in Terrazas del puerto IV tower 3, apartment 3-Ph-D.  I hereby state that I know Mr. Carlos Enrique Urbano Fermin, son of Mrs. Hilda Fermin de Urbano, educator, and Mr. Carlos Enrique Urbano Sánchez, businessman, with whom I maintain ties of affinity. This bond of affinity is sanguine and religious, since he is my cousin, brother, godson and godfather of my third daughter, who loves him as if he were his own father. He has known how to understand and pamper her, for this reason my daughter who is a professional doctor respects him, loves him and admires him as a second father.

Carlos is the son of my mother's only brother, for this reason I know him since he was born. When he was a child, he lived in the house of our grandparents, where he spent his childhood with his family, since we all gathered to spend time together in said residence.  Over time, his father and mother acquired their own house and moved to another sector, with good neighbors. A sector of good people and without any kind of bad habits, said residence was close to our grandparents' house, where he ended growing up and becoming a respectful teenager without any kind of bad habits, but instead as hard working and good student young man.

His merchant father taught him to work in the farm  from a very young age, where he learned the trade and the insemination of cattle, thus forming a company from which he would help his family and many people, providing them with services such as medicines and food.  This

**EU 013**

*Jesus del Valle Cova Urbano*
*Urbanización Terrazas del Puerto IV*
*Tower 3 Apt 3-Ph-D*
*Barcelona, Anzoátegui, Venezuela*

is to be admired in a person who, without hunger or selfishness, helped whoever he could (a living example of his father). He then finished his law studies where he did very well as a student.

He is a person who likes to take care of everyone, his children, wife, mother, aunts, uncles and cousins. The degree of affinity or sentiments I feel towards him and his brothers is very great, so much so that my wife and children love him for being such a good person. The truth is that I am falling short in saying what kind of person and family he is. May God bless him and protect him forever.

Sincerely,
Jesus del Valle Cova Urbano

EU 014

Tribunal De Distrito De Los Estados Unidos
Distrito Sur De La Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Estimado Juez Scola:

Jesús del Valle Cova Urbano, Venezolano, mayor de edad, con 62 años, portador de la cédula de identidad número 5.491.800, nacido en el municipio San Cristóbal, en la ciudad de Barcelona, estado Anzoátegui, Venezuela con domicilio actual en Terrazas del puerto IV torre 3, apartamento 3-Ph-D. Hago constar que conozco al Señor Carlos Enrique Urbano Fermín (hijo de la señora Hilda Fermín de Urbano educadora y el señor Carlos Enrique Urbano Sánchez comerciante) con el cual mantengo vínculos de afinidad, este vínculo de afinidad es sanguínea y religiosa, esto por ser primo hermano, ahijado y compadre, compadre por ser el padrino de mi tercera hija, quien lo quiere como si fuera su padre propio, él la ha sabido entender, comprender y mimar, por tal motivo mi hija quien hoy en día es mayor de edad, profesional, médico lo respeta lo quiere y lo admira como a un segundo padre porque él ha sabido comprenderla y ayudarla en muchas cosas.

Carlos es el hijo del único hermano de mi mamá, por tal motivo se de su existencia desde que nació al principio vivió en casa de nuestros abuelos, (En el caso de el, abuelos paternos y por mi parte maternos) dónde pasó su niñez junto a su familia, pues, todos se encontraban y se reunían a pasar el tiempo juntos en dicha residencia. Con el tiempo su papá y su mamá adquirieron una casa propia y se mudaron a otro sector, con buenos vecinos, un sector de personas buenas y sin ningún tipo de malos vicios, dicha residencia quedaba cerca de la casa de los abuelos, en este sector termino de crecer convirtiéndose en un adolescente respetuoso sin ningún tipo de vicio, sino el de trabajar y estudiar.

Su padre comerciante lo enseñó a trabajar desde muy pequeño en el campo, dónde aprendió oficio de cría de animales, en la inseminación de animales especialmente del ganado vacuno, formando así una empresa de la cual ayudaría a su familia y a muchas personas, brindándoles servicios médicos, medicinas y alimentos. Esto es de admirar en dicha persona que, sin hambre ni egoísmo ayudaba al que pudiera (vivo ejemplo de su papá), finalizó sus estudios de derecho dónde le fue muy bien como estudiante. Es una persona que está pendiente de todos, de sus hijos, esposa, madre, tías, tíos y primos, el grado de afinidad o sentimiento hacia él y su hermano es muy grande, tanto es así que mi esposa e hijo lo aman por ser tan buena persona, la verdad me quedo muy corto en decir qué tipo de persona o familia es, que Dios lo bendiga y lo proteja por siempre.

C.I. 5471800

Escaneado con CamScanner

EU 015

*Edelmira Maria Rojas Diaz*
*Sector Juan Bautista*
*Nueva Esparta, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Edelmira María Rojas Diaz, Venezuelan, holder of the identity card No. V-9,300,793. I am 56 years old, I work as a businesswoman.  I reside in Nueva Esparta State, Diaz Municipality, San Juan Bautista Sector, Venezuela.  I have known Carlos Enrique Urbano Fermin from the moment of his birth, he is my eldest nephew, son of my brother-in-law Carlos Enrique Urbano Sánchez and Hilda De Urbano Fermín my elder sister.

My nephew Carlos Enrique Urbano Fermín has worked since he was little, I remember when he was 10 years old and came to visit the family in Nueva Esparta State, Venezuela, he went to Porlamar with his uncle Oswaldo Fermín to work as a packer at a supermarket called 'CADA'. At that time, he wanted to save money to be able to buy his toys and his personal items.  His dad worked with Palmolive and Colgate, and they brought orders for soap and detergent to hotels, and he helped him dispatch the products.  I also remember that they bought melon and watermelon and went out in a truck to sell them on the streets, and he never felt ashamed of getting into that truck and shouting, "We have melon, watermelon, tomatoes and avocado".

With their sacrifice and hard work, they were able to buy a farm called 'La Palmita'. Carlos Enrique, my nephew, planted squash and corn, and after the harvest was given, he would go out to sell it. He loved being in the field, little by little they began to raise pigs, cattle, horses and other animals. He has always been a very courageous and resilient boy.  At that time, he was not focused on playing or having fun, the only thing he did was work very hard and study.

**EU 016**

*Edelmira Maria Rojas Diaz*
*Sector Juan Bautista*
*Nueva Esparta, Venezuela*

During one period, they bought the bags where the sugar was packaged and took them to Barcelona, Venezuela. When they had to clean those bags, I would watch my nephew full of sugar molasses and his body shone from the sweat of so much work.  He also worked buying and selling cheese, until he managed to have a butcher shop with a lot of effort and the support of his father. They even used to go to the farm to cut wood and then sell it, he did not care about the date or time, he was always working.

After a while they managed to found a company, were they sold wood, bags and construction materials. He has always been an honest, hard-working, fighter, supportive and humble boy.  He worked to help the family and many people around him, he was involved in doing social work for the most needed people in the sector they lived. They threw children and party and gave toys, and they gave the elderly bags of food.  All the family gathered to make them cakes, meals, and drinks to donate in social work and he was very happy to do those things for those people.  These are the memories and anecdotes that I have of my nephew, Carlos Enrique Urbano Fermín, I remember him as a very hard-working, honest, humble, fighter and a good-hearted man.

Sincerely,
Edelmira Maria Rojas Días

SEÑORES:
Honorable Robert N. Scola, Jr
Tribunal de Distrito de los Estados Unidos
Distrito Sur de la Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

     Yo Edelmira María Rojas Díaz, nacionalidad venezolana portadora de la cedula de identidad V-9.300.793, de 56 años de edad, de ocupación comerciante, residenciada en el Estado Nueva Esparta, Municipio Díaz, Sector San Juan Bautista, Venezuela. Conozco a Carlos Enrique Urbano Fermín desde el momento de su nacimiento, es mi sobrino mayor hijo de mí cuñado Carlos Enrique Urbano Sánchez y Hilda De Urbano Fermín mi hermana mayor.

     Mi sobrino Carlos Enrique Urbano Fermín desde muy pequeño ha trabajado, recuerdo cuando él tenía la edad de 10 años y venía a visitar a la familia aquí en Estado Nueva Esparta, Municipio Díaz, Sector San Juan Bautista, Venezuela, se iba para Porlamar con su tío Oswaldo Fermín a trabajar como empaquetador en el supermercado llamado CADA en eso momento para reunir dinero y comprar sus juguetes y artículos personales. Su papá trabajaba con la Palmolive y Colgate y traían pedidos de jabón y detergente a los hoteles y él lo ayudaba a realizar los despachos de los productos. También recuerdo que compraban melón y patilla y salían en una camioneta a vender en las calles y él nunca tuvo pena en montarse en esa camioneta y gritar melón, patilla, tomate y aguacate.

     Con su sacrificio y trabajo logran comprar una finca llamada la palmita, allí Carlos Enrique mi sobrino sembró auyama y maíz, luego que se daba la cosecha salía a venderla, le encantaba estar en el campo, poco a poco comenzó a criar cochino, reses, caballos y otros animales, él siempre ha sido un muchacho muy luchador. En esa época él no estaba pendiente de jugar ni de divertirse lo único que hacía era trabajar muy duro y estudiar.

     En una época Compraban sacos donde venía envasada la azúcar y los llevaban a Barcelona, cuando iban a limpiar esos sacos yo veía a mi sobrino todo lleno del melado de la azúcar y todo sudado que le brillaba su cuerpo de tanto trabajar. Se dedicó también a la compra y venta de queso, logro tener una carnicería con mucho esfuerzo y el apoyo de padre.

     Se iba al campo a cortar madera (rolas), él no estaba viendo ni día, ni hora para trabajar. Al cabo de un tiempo lograron Fundar una compañía, para poder vender la madera, sacos y materiales de construcción, siempre ha sido un muchacho honrado, trabajador, luchador, solidario y humilde. Trabajaba para ayudar a la familia y a muchas personas a su alrededor, hacia obras sociales para las personas mas necesitadas del sector

EU 018

donde vivían, le hacían compartir y entrega de juguetes a los niños, a los ancianos le entregaban bolsas de comida. La familia junto con él hacíamos las tortas, comidas, jugos y hallacas para donar en las obras sociales y él se alegraba mucho en hacer esas cosas para esas personas.

Son los recuerdos y anécdotas que tengo de mi sobrino Carlos Enrique Urbano Fermín, lo recuerdo como un hombre muy trabajador, honesto, humilde, luchador y de buen corazón.

Cordialmente,

Edelmira María Rojas Díaz
C.I.V- 9.300.793
Estado Nueva Esparta- Venezuela.

EU 019

*Osmary Carolina Fermin Tenias*
*Margarita, San Juan Bautista*
*Nueva Esparta, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

    I, Osmary Carolina Fermín Tenias, Venezuelan, bearer of identity card No. 16.827.987. I am 38 years old, residing on the Island of Margarita San Juan Bautista, Nueva Esparta State, and I work as a Bakery assistant.  Carlos Enrique Urbano Fermin is my older cousin on his mother, Hilda Carmen Fermin De Urbano, side which is older sister of my father Oswaldo Fermin.

    Carlos Enrique Urbano Fermín is a very hard-working person since he was a child, he did not care or feel ashamed for working in whatever he needed to. My father used to tell me that when Carlos Enrique came to Margarita for vacation with his brothers he would go to work with my father as a packer at the 'CADA' supermarket in Porlamar. They also came with his father to sell cheese and corn.

    Carlos Enrique is a person with very good feelings, he helps those in need, with his work and sacrifice he gave a smile to the children of the community, hospitals and the farm sine every December he made them a big party where he gave them toys and a bag of food to the elderly with low economic resources. He is a person with a good heart, good feelings, honest and very humanitarian.

Sincerely,
Osmary Carolina Fermin Tenias

SEÑORES:

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS.

DISTRIRO SUR DE LA FLORIDA

MIAMI, FLORIDA.

Re: CARLOS ENRIQUE URBANO FERMIN.

ESTIMADO JUEZ SCOLA:

Yo, Osmary Carolina Fermín Tenias, de nacionalidad venezolana, portador de la cedula de identidad # 16.827.987, de 38 años de edad, residenciada en la Isla de Margarita San Juan Bautista, Estado Nueva Esparta, de Ocupación ayudante de Panadería.

Carlos Enrique Urbano Fermín es mi primo mayor por parte de su mama Hilda Carmen Fermín De Urbano, ya que ella es la hermana mayor de mi papá Oswaldo Fermín.

Carlos Enrique Urbano Fermín es una persona muy trabajadora desde muy niño no le importaba ni le daba pena trabajar en lo que fuera mi papa me contaba que cuando Carlos Enrique venía a Margarita de vacaciones con sus hermanos el se iba a trabajar con mi papá de empaquetador en el supermercado CADA en Porlamar, también venían con su papá a vender queso y maiz.

Carlos Enrique es una persona de muy buenos sentimientos ayuda al que necesita, con su trabajo y sacrificio le regalaba una sonrisa a los niños de la comunidad, hospitales y del campo todos los diciembre haciéndoles un compartir regalándole un juguete y una bolsa de comida a los ancianos de bajos recursos económicos... es una persona de buen corazón, buenos sentimientos, honesto y muy humanitario.

Atentamente,

Osmary Fermín Tenias.

C.I. V. 16.827987

*Yolanda Urbano Sanchez*
*Urbanización Bosque Residencial El Ingenio*
*Casa No· 30-32*
*Barcelona, Anzoategui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

     I am Yolanda Urbano Sánchez, Venezuelan, of legal age, holder of identity card No. 1,154,479, domiciled in the Urbanization, Bosque Residencial el Ingenio, house number 30/31, Barcelona, Bolivar municipality of the Anzoátegui State, Bolivarian Republic of Venezuela, I used to be an educator and I hereby certify that I know Carlos Enrique Urbano Fermín since he was born in 1971. He is son of my brother Carlos Enrique Urbano Sánchez and Hilda Carmen Fermin de Urbano, my great sister-in-law.

     Today, dear nephew, Carlos Enrique Urbano, I am turning 85 years old, and so many beautiful memories of this family come to my mind. Especially the happy childhood of my nephews that have been the most precious gift that my brother Carlos left us. From a very young age he instilled in them values for them to study, work, and taught them to love family, neighbors, and principles like partnership and that special gift of helping others in their needs. I am proud of you, beloved nephew, exemplary son, loving and devoted husband and father.

     When you were young, you dedicated yourself to studying and working, achieving your goal of becoming a lawyer, while working tirelessly. You raised the farm that your father left you, fulfilling projects related to agriculture and livestock, and becoming very successful, might I add.

     In this evoke of memories that come to my mind, I remember how since he was little, he went with my brother to work, with joy to the farm, and always in that desire to improve and that

**EU 022**

*Yolanda Urbano Sanchez*
*Urbanización Bosque Residencial El Ingenio*
*Casa No· 30-32*
*Barcelona, Anzoategui, Venezuela*

constant motivation to improve. They worked very hard in the butcher shop and from that hard work was born 'Syseufsa', once again their efforts materialized, and always ready to help others, creating sources of work and always looking to benefit their workers and the community.

Every December, they gave toys for children and delivered bags of food to the elderly, both to the workers of  the farm as all the ones from the company.

I see the values that are being transmitted to their daughters, who are fortunate to have a loving, respectful, responsible, hardworking parents. Together with his wife, they have created a beautiful home, full of mutual respect, and partnership for their daughters. Always taking care of all of your aunts, transmitting love, affection. I will always be grateful not only for taking care of us but for always sending us those sacks of corn to make the 'cachapas' we all love.

I hope that the tests that life has put on you, you find a way to overcome.  May God and the Virgin accompany you and enlighten the path to follow.


Sincerely,
Yolanda Urbano Sanchez

**EU 023**

Tribunal de Distrito de los Estados Unidos

Distrito Sur la Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

Yo, Yolanda Urbano Sánchez, venezolana, mayor de edad, titular de la cedula de identidad numero 1.154.479, domiciliada en la Urbanización, Bosque Residencial el ingenio, casa nro 30/31, Barcelona, municipio Bolívar del Estado Anzoátegui, República Bolivariana de Venezuela, de profesión Educadora, por medio de la presente, conozca a Carlos Enrique Urbano Fermín, desde que nació en el año 1971, hijo de mi hermano Carlos Enrique Urbano Sánchez e Hilda Carmen Fermin de Urbano, mi gran hermana

Hoy querido sobrino Carlos Enrique Urbano, estoy cumpliendo 85 años, vienen a mi mente tanto recuerdos hermosos de esta familia en especial la infancia alegre de mis sobrinos que han sido el regalo más preciado, que nos dejo mi hermano Carlos, desde muy pequeños les inculco valores para el estudio, el trabajo, el amor a la familia, al vecino, compañerismo y ese don tan especial de ayudar al prójimo en sus necesidades, orgullosa de ti mi adorado sobrino, hijo ejemplar, esposo y padre amoroso y abnegado.

Yo, Yolanda Urbano Sánchez, venezolana, mayor de edad, titular de la cedula de identidad numero 1.154.479, domiciliada en la Urbanización, Bosque Residencial el ingenio, Barcelona, municipio Bolívar del Estado Anzoátegui, República Bolivariana de Venezuela, de profesión Educadora, por medio de la presente, conozca a Carlos Enrique Urbano Fermin, desde que nació en el año 1971, hijo de mi hermano Carlos Enrique Urbano Sánchez e Hilda Carmen Fermín de Urbano, mi gran hermana

Yo, Yolanda Urbano Sánchez, venezolana, mayor de edad, titular de la cedula de identidad numero 1.154.479, domiciliada en la Urbanización, Bosque Residencial el ingenio, Barcelona, municipio Bolívar del Estado Anzoátegui, República Bolivariana de Venezuela, de profesión Educadora, por medio de la presente, conozca a Carlos Enrique Urbano Fermin, desde que nació en el año 1971, hijo de mi hermano Carlos Enrique Urbano Sánchez e Hilda Carmen Fermín de Urbano, mi gran hermana

Desde muy pequeño te dedicaste a los estudio y al trabajo logrando tu meta de ser Abogado, trabajando incansablemente, lograste levantar la finca que te dejo tu papa, cumpliendo proyectos relacionados con la agricultura y ganadería, muy exitosas cabe destacar!

en este evocar de recuerdos que vienen a mi memoria, como desde pequeño iba con mi hermano a trabajar, con alegría al campo, y siempre en ese afán de superación y esa constate motivación para superarse, trabajaron muy duro en la carnicería, y continuar estudiando, siempre en esa lucha nace SYSEUFSA, nuevamente sus esfuerzos se materializaron, y siempre dispuestos ayudar a los demás, creando fuentes de trabajo y en beneficio de sus trabajadores y la comunidad, hacían repartos de juguetes a los niños y entregaban bosas de comida a los mayores, esto se hacía en diclembre de cada año, tanto en el campo, como a todos tu trabajares pero sobre todos a la comunidad donde se desbordaba la cantidad de niños y personas de la tercera edad.

veo con emoción que estos valores se los están trasmitiendo a sus hijas, quienes tienen la fortuna de tener un padres amoroso, respetuoso, responsable, trabajadores, junto con tu esposa tienen un hermoso hogar, lleno de respeto mutuo, compañerismo en el compartir de sus vida.

Siempre pendiente de todas tus tías, trasmitiéndonos amor, cariño, y yo siempre agradecida no solo por estar pendiente sino también por los sacos de Maíz toda la vida me haces llegar y que yo recibo con mucha emoción para hacer esas cachapas que tanto amo y me encantan.

Espero que las pruebas que hoy te ha puesto la vida puedas superarlas.

Que dios y la virgen te acompañen e ilumine el camino a seguir

Cordialmente

Yolanda urbano Sánchez

C.I 1.154.479

Escaneado con CamScanne

*Marybel del Valle Rojas Diaz*
*Margarita San Juan Bautista*
*Nueva Esparta, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Marybel Del Valle Rojas Diaz, of Venezuelan nationality, bearer of identity card No.
V-9,428,145, 52 years old, residing on the Island of Margarita San Juan Bautista, Nueva Esparta
state, working as an independent public accountant, I hereby certify that Carlos Enrique Urbano
Fermín is my eldest nephew, son of my elder sister, Hilda Carmen Fermin, widow of Urbano,
and Carlos Enrique Urbano Sánchez.  For me, more than a nephew, I consider him my brother,
since I was basically raised by his mother. We are almost the same age, and we grew up together.

I respect and admire Carlos Enrique Urbano Fermin for his great human qualities and for
being a hardworking man since a very young age. He has worked a lot, without rest, to achieve
his dreams and help others who are most in need regardless of if they are family or not.

Since he was a child, his parents, especially his father, instilled in them a love for work,
honesty, and loyalty. In their vacations, when they came to the island of Margarita, where his
maternal family lived, he used to enjoy them working with his father who used to bring a truck,
which they gave the name of 'Catalina', loaded with squash and corn which they harvested on
their farm called 'La Panchita'. They sold their harvest on the island and on their way back they
left loaded with a watermelon to sell in Barcelona.

He also worked as a packer with his uncle Oswaldo Fermin at a very well-known
supermarket chain in Venezuela called 'CADA Supermarkets'. That was how he enjoyed his
vacations, working, because that was what his passion since very early on. They also went out to
sell meat, cheese, sacks, all of this while studying until he became a professional as a lawyer.

**EU 026**

*Marybel del Valle Rojas Diaz*
*Margarita San Juan Bautista*
*Nueva Esparta, Venezuela*

My sister is a retired educator, as their father, she also instilled in them good principles and love for studies and work. With her retirement money, I remember she bought them a truck so that they could work selling wood. Their father worked, for many years, in well-known transnational companies such as Colgate, Palmolive and Unilevel.

Over the years, due to their dedication, effort, and perseverance, they built their companies during the 1980's and they rented a place where they set up a butcher shop, selling charcuterie, general provisions, among others. Then, around 1995 -1996 they opened 'SYSEUFSA' company, where a large part of the family worked because their motto was to help us and to always be united. That is where they obtained the majority of their benefits out of sacrifice and hard work while they continued with their farm raising pigs and cattle, harvesting squash, corn, and making cheese. And thus, they were getting ahead with honest work and sacrifice of many years.

Every December, they had a tradition of giving smiles to the children and the elderly by giving them toys and a bag of food; that was a great satisfaction for the whole family.

In 2015 I decided to go to work with them and work as a consultant since my daughter lived with them in Barcelona because she was studying medicine at Universidad de Oriente. I worked as an accountant in a work environment with harmony, respect, discipline, responsibility, organization and coordination. Finally, I can only say that Carlos Enrique Urbano Fermin is an excellent father, excellent son, excellent brother, excellent grandson, excellent nephew, excellent human being. His humility has no limits, he is a loyal man, honored with beautiful feelings and whenever we have needed him he has been present in every moment of our lives.

Sincerely,
Marybel del Valle Rojas Diaz

SEÑORES:

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS.

DISTRITO SUR DE LA FLORIDA

MIAMI, FLORIDA.

Re: CARLOS ENRIQUE URBANO FERMIN.

ESTIMADO JUEZ SCOLA:

Yo, Marybel Del Valle Rojas Díaz , de nacionalidad venezolana, portador de la cedula de identidad # 9.428.145, de 52 años de edad, residenciada en la Isla de Margarita San Juan Bautista, Estado Nueva Esparta, me desempeño como Contador Público Independiente

Por medio de la presente hago constar que Carlos Enrique Urbano Fermín es mi sobrino mayor hijo de mi hermana mayor  Hilda Carmen Fermín Viuda de Urbano, y de Carlos Enrique Urbano Sánchez. Para mí más que un sobrino es mi hermano ya que para su mamá que es mi hermana  soy como su hija mayor y somos contemporáneos casi de la misma edad y nos criamos así.

Carlos Enrique Urbano Fermín lo respeto y admiro muchísimo por su gran calidad humana y ser un hombre de trabajo duro ya que desde muy niño ha trabajado muchísimo y sin descanso  por lograr sus sueños y ayudar al prójimo al más necesitado sin importar el tipo de persona sean familia o no y mantenernos en una familia unida.

Desde niño sus padres en especial su papá les inculco el amor por el trabajo la honradez y la lealtad en sus vacaciones cuando venían a la isla de Margarita ya que aquí residimos su familia materna las disfrutaba era trabajando con su papa que venia con una camioneta que le colocaron el nombre de  catalina cargada de maíz auyama el cual  cosechaban en una finca propiedad de su papá llamada la PALMITA , y venían venderlos aquí en la isla y de regreso se iban cargados de patilla para venderlos en Barcelona de igual también se iban a trabajar como empaquetador con su tío Oswaldo Fermín a una cadena de supermercados muy nombrados en esa época en toda Venezuela Supermercados CADA en el cual su tío era el gerente general y de esa manera era el disfrute de sus vacaciones trabajando porque eso era lo que le gustaba era su pasión el trabajo También salían a vender Carne , queso vendían sacos ...así estudio y se hizo un profesional como abogado de la República Bolivariana de Venezuela...mi hermana es una educadora ya jubilada al igual que su padre también

EU 028

les inculco buenos principios y el amor por los estudios y el trabajo ella con su jubilación recuerdo les compro un camión para que ellos trabajaran vendiendo rolas ... su padre  trabajo en empresas trasnacionales muy reconocidas  como COLGATE PALMOLIVE  Y UNILEVEL , por muchísimos años .

Al transcurrir los años por su dedicación esfuerzo y perseverancia fueron construyendo sus empresas entre  los años 1980 y alquilan un local y montan una carnicería charcutería y víveres general entre otro y luego en los años 1995 -1996 abren la compañía SYSEUFSA ahí trabajaba gran parte de la familia porque su lema era ayudarnos y estar siempre unidos de allí obtuvieron sus beneficios te tanto sacrificio y trabajo y así siguieron adelante con su finca criando ganado porcino y ganado vacuno cosechando maíz auyama haciendo queso. Y asa fueron saliendo adelante con trabajo honrado y sacrifico de muchos años no veían hora ni día para trabajar y así fueron creciendo paso a paso.

Todos los Diciembre tenían como tradición  regalarles una sonrisa a los niños a los abuelos y al adulto mayor más necesitado haciéndoles un compartir regalándoles un juguete y una bolsa de comida eso era una gran satisfacción para toda la familia.

En el año 2015 decido irme a trabajar con ellos y desempeñarme como contador ya que  mi  hija vivía con ellos en Barcelona porque cursaba sus estudios de medicina en la UDO ANZOATEGUI y para el es una sobrina y se me hizo más fácil irme... allí me desempeñe como contador en un ambiente de trabajo con armonía respeto disciplina responsabilidad organización y coordinación.

Para finalizar solo me queda decir que CARLOS ENRIQUE URBANO FERMIN es;

EXCELENTE PADRE.  EXCELENTE HIJO, EXCELENTE HERMANO,  EXCELENTE NIETO,  EXCELENTE SOBRINO

Excelente ser Humano su humildad no tiene limites, es un hombre leal, Honrado de hermosos sentimientos y siempre que lo hemos necesitado ha estado presente en cada momento de nuestras vidas.

CORDIALMENTE :

MARIBEL DEL VALLE ROJAS DIAZ

C.I. V. 9.428.145

EU 029

*Elisa Gabriela Cova Cristancho*
*Urbanización Terrazas del Puerto IV*
*Apartment 3PH-D*
*Barcelona, Anzoátegui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

My name is Elisa Gabriela Cova Cristancho, I was born in Caracas, Venezuela. I am 34 years old and holder of identity card No. 18,453 .495. I reside in the city of Barcelona, Anzoátegui state, Urbanización Terrazas del Puerto IV, Apartment 3PH-D. I work as General Surgeon and it has been my profession for 6 years. I am a second cousin and goddaughter of Carlos Enrique Fermin, whom I consider my second father and mentor.  Since I was little, I have had the blessing of having a united, loving, and hard-working family that made each one of us good men and women.  But of all the members of my family, the bond that I have created with Carlos Enrique Urbano is that of Father-Daughter. I am proud to have him by my side, that I can count on his advice and that he continues to be an important pillar in my learning.  He has taught me to speak the truth, to be humble and recognize my mistakes and successes, to get up after falling, to go through risks with the hope to achieve goals, but above all he has taught me the importance of loving family with my heart.  He has been one of the people who has supported me the most in my life.  There's nothing my uncle won't support me on.  Apart from my parents, he is the person who knows me the best, to whom I cannot lie.

Talking about my uncle fills my chest with pride, I listen to every wise word he says, I admire his ability to help others, even if he is not in the best economic moment.  Every friend and acquaintance of him knows that he will be there for them in a difficult time.  I admire his dedication to work, perfection is his most important characteristic. His memory is incredible, he

EU 030

Elisa Gabriela Cova Cristancho
Urbanización Terrazas del Puerto IV
Apartment 3PH-D
Barcelona, Anzoátegui, Venezuela

can remember everything, and his calculation ability is outstanding.  He has a brilliant mind, a kind and noble heart.

I have many memories of my uncle, he was and is overprotective, I remember that when I graduated, he told me that I must always treat the people under my charge with respect, humility, and that to learn from each one of them.  Sundays are not to rest but to work in the farm.  He has even taught me about cattle business, a surgeon who knows about cows.  I have learned through him to forgive those who hurt me, because the most important thing is to do good, to be in good terms with God and with oneself.  Among so many things that has caught my attention, is his ability to forgive people who have wronged him by helping them in delicate moments of health.  In the first days of December, it was a tradition to go to his mother Hilda's house, where the whole family had to collaborate to wrap Christmas gifts for low-income children. He also organized alongside his brothers a mass for the community and gave gifts to the families such as a basic food basket. Seeing families smile was exciting.

He takes care of each one of his aunts who are older women and makes sure that they have their pantries filled with food and that they do not lack their medicines.  He may be collapsed with problems but that will never be missing.

He is a spectacular father, he has made my cousins be women with kind hearts, intelligent, enterprising, independent.  He is with them on every occasion.  As a special son, he respects and supports his mother who is another warrior woman.  As a husband he is loving, understanding and respectful.  For all this and more I love my uncle, I will always be there for him, just as he has been for me.

Sincerely,
Elisa Gabriela Cova Cristancho.

Tribunal De Distrito De Los Estados Unidos
Distrito Sur De La Florida
Miami, Florida


Re: Carlos Enrique Urbano Fermín


Estimado Juez Scola:

Mi nombre es Elisa Gabriela Cova Cristancho, Nací en Caracas, Venezuela, tengo 34 años de edad, Titular de la cédula de identidad 18.453.495, resido en la ciudad de Barcelona, Estado Anzoategui, Urbanizacion Terrazas del Puerto IV, Apartamento 3PH-D, profesión Cirujano General desde hace 6 años. Prima segunda y ahijada de Carlos Enrique Urbano Fermin, a quien consideré mi segundo Padre y mentor. Desde pequeña conté con la bendición de tener una familia unida, cariñosa y trabajadora que hizo de cada uno de nosotros hombres y mujeres de bien. Pero de todos los miembros de mi familia el vínculo que he creado con Carlos Enrique Urbano es el de Padre-Hija, me siento orgullosa de tenerlo a mi lado, de que pueda contar con sus consejos y que siga siendo pilar importante en mi aprendizaje. Me ha enseñado a hablar con la verdad, a ser humilde y reconocer mis errores y aciertos, a levantarme después de caer, arriesgarme con fe para lograr las metas, pero sobre todo me ha enseñado la importancia de amar con el corazón a la familia. Una de las personas que más me ha apoyado en mi vida. No hay algo en lo que mi tío no me apoyara. Aparte de mis padres es la persona que más me conoce, A la que no le puedo mentir.

Hablar de mi tio me llena el pecho de orgullo, detallo cada palabra sabía que dice , admiro su capacidad de ayudar a los demás, así no esté en el mejor momento económico. Cada amigo y conocido de él sabe que estará en un momento dificil. Admiro su dedicación al trabajo, la perfección es la característica más importante.Su memoria, es increible recuerda todo, su capacidad de cálculo asombrosa. Una mente brillante, un corazón noble y bondadoso.
Recuerdos de mi tío muchos, fue y es sobreprotector, recuerdo que al graduarme me dijo que siempre tratará a las personas bajo mi cargo con respeto, humildad y que aprendiera de cada uno de ellos. Los domingos no son para descansar sino para trabajar en el campo. Me ha enseñado hasta de ganadería, una cirujana que sabe de vacas. He aprendido por él, a perdonar a quien hace daño, porque lo más importante es hacer el bien, para estar tranquilos con Dios y con uno mismo. Dentro de tantas cosas me ha llamado la atención, su capacidad de perdonar a personas que le han hecho mal ayudándoles en momentos delicados de salud. Los primeros días de Diciembre era tradición ir a casa de su madre Hilda, donde debíamos toda la familia colaborar para envolver regalos de navidad para los niños de escasos recursos, organizaba en conjunto con sus hermanos una misa para la comunidad y daban cómo obsequios a las familias una cesta básica de alimentos. Ver sonreír a las familias era algo emocionante.

Está pendiente de cada una de sus tías que son mujeres ancianas, que tengan sus despensas con comida. Y que no les falten sus medicinas. Puede estar colapsado de problemas pero eso no puede faltar.

Escaneado con CamScanner

**EU 032**

Como padre espectacular, ha hecho de mis primas unas mujeres con el corazón bondadoso, inteligentes, emprendedoras, independientes. Está con ellas en cada ocasión. Como hijo especial respeta, y apoya a su madre que es otra mujer guerrera. Como esposo cariñoso, comprensivo y respetuoso.

Por todo esto y más amo a mi tío, siempre estaré para él, así como él ha estado para mí.

ElisaGCovaC.

Elisa Gabriela Cova Cristancho.

Escaneado con CamScanner

Estefani Del Valle Cova Cristancho
Urbanización Terrazas del Puerto IV
Apt 3PH-D
Barcelona, Anzoátegui, Venezuela

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

It is a great pleasure for me to greet you.  My name is Estefani Del Valle Cova
Cristancho, Venezuelan, of legal age, holder of identity card No. 20,635,080.  I was born in
Puerto la Cruz, Anzoátegui State, Venezuela, I am 30 years old, with a degree in Public
Accounting.  I currently reside in the city of Barcelona, Anzoátegui State, Urbanization Terrazas
del Puerto IV, apartment 3PH-D.  Carlos Enrique Urbano Fermin, is my father's cousin, therefore
he is my second cousin, but the truth is that for me he is my uncle, my parents got me used to see
him as that since he was much older and obviously the respect had to be greater.  We come from
a very gigantic, united, happy, and hard-working family, I don't remember ever not being told to
come and help to be able to learn from whatever they were doing.  My uncle Carlos (his father)
taught us many traditions and customs that we should follow throughout our lives, after his death
my cousin Carlos Enrique Urbano Fermín has taken the reins of this family as the true pillar that
he is, following his father's legacy.  One of those most beautiful traditions, Mr. Judge, was to
bring food and toys to a sector of very low-income people. Just looking at the faces of all those
people was the most beautiful moment of my life and all this without expecting anything in
exchange.  People who have the pleasure of meeting him, has no doubt of the pure heart and
humility that he has.  There are so many things, so many moments, so many shared joys, that I
think this is a good way to thank him for having helped me overcome obstacles, difficult things,
he was always there to face any kind of problem.  He taught me to be happy with what I had and

**EU 034**

*Estefani Del Valle Cova Cristancho*
*Urbanización Terrazas del Puerto IV*
*Apt 3PH-D*
*Barcelona, Anzoátegui, Venezuela*

provided me with the tools to achieve success, and they are the two most important things one needs to face life.

My uncle has had a passion from a very young age, which is the love of animals and the countryside, for me it is his world and where he feels free. The amount of things he knows about horses, cows, bulls, etc. is unthinkable.  I can sincerely tell you that if at any moment I received a scolding from him, for any reason, it was to teach me something that I would use at some point in my life and to avoid repeating that mistake again. I know that if I need support from him one day, I can pick up the phone and I will have a shoulder to be supported on and get up from any difficult situation or conflict.  In fact, they say that the first thing in life, is being the one to set an example. We were raised seeing him as a role model. "My uncle is the best," "My uncle can do anything," "Uncle help me," "Uncle I am afraid, …" What would all those phrases be without having the word uncle in the beginning?  What would have had become of us, his cousins, his nephews, his aunts.  Without someone to whom I can ask for all of that?  Life would have no meaning, we would not know which way to go, where to go, what to do, what to be aware of.  I would like to get to be like him one day, it is a great dream to have the life of an idol.

Sincerely,
Estefani Del Valle Cova Cristancho

EU 035

Tribunal De Distrito De los Estados Unidos
Distrito Sur De la Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

Para mí es un grato placer saludarlo.

Mi nombre es Estefani Del Valle Cova Cristancho,
Venezolana, mayor de edad, titular de la cedula de identidad
N° 20.635.080. Nací en Puerto la Cruz, Estado Anzoátegui
– Venezuela, tengo 30 años de edad, de profesión licenciada
en Contaduría Pública.
Actualmente resido en la ciudad de Barcelona, Estado
Anzoátegui, Urbanización Terrazas del Puerto IV,
apartamento 3PH-D.

Carlos Enrique Urbano Fermín, es primo de mi papá, por lo
tanto viene siendo primo segundo mío, pero la verdad es que
para mí es mi tío, mis padres obviamente me acostumbraron
a verlo así pues era mucho mayor y pues el respeto era más
grande.
Venimos de una familia muy gigantesca, unida, alegre, y
trabajadora, no recuerdo alguna vez que no nos dijeran
vengan a ayudar para que aprendan.
Mi tio Carlos ( su papa) nos enseñó muchas tradiciones y
costumbres que debíamos seguir a lo largo de nuestras vidas,
después de su muerte mi primo Carlos Enrique Urbano
Fermín ha llevado las riendas de esta familia como el
verdadero pilar que es , siguiendo el legado de su padre.
Una de esas tradiciones más bonitas señor Juez , era la de
llevar a un sector de gente de muy bajos recursos alimentos
y juguetes, el solo observar las caras de todas esas personas
era el momento más hermoso de mi vida y todo esto sin
esperar nada a cambio.

El que tiene el gusto de conocerlo, no le cabe duda del

Escaneado con CamScanner

corazón y la humildad que él tiene.

Es que hay tantas cosas, tantos momentos, tantas alegrías compartidas. Creo que esta es una buena manera de darle las gracias por haberme ayudado a superar los obstáculos, las cosas difíciles, siempre estuvo ahí para poner el pecho a cualquier tipo de problema. Me enseño a ser feliz con lo que uno tiene y me dio las herramientas para poder salir adelante, y son las dos cosas más importantes que uno necesita para afrontar la vida!

Mi tio tiene una pasión desde muy pequeño, que es el amor a los animales y a el campo, para mi es su mundo donde se siente tan libre, tan él y se puede imaginar tantas cosas que sabe sobre los caballos, vacas, Toros, etc.

Sincera le digo si en algún momento llegue a recibir un regaño de el por alguna razón le puedo decir que fueron enseñanzas para que en el transcurso del tiempo no volvamos a cometerlo y por nada de eso en ningún momento he dejado de quererlo y sé que el día que necesite apoyo puedo levantar el teléfono y tener un hombro donde poder apoyarme y levantarme de cualquier situación difícil o conflicto!

Es más dicen que lo primero que hay en la vida ,es ese ser que da el ejemplo, nos formamos viendo esa imagen grandiosa, "mi tio es el mejor,,, "mi tio lo puede todo,,, "tio ayúdame,,, "tio tengo miedo,,,. ¿Qué sería de todas esas frases sin tener la palabra tío adelante? ¿Qué sería de nosotros, tus primos, tus sobrinos, tus tías. Sin alguien a quien poder pedirle todo eso?
La vida no tendría sentido, no sabríamos por qué camino ir, para dónde ir, que hacer, de que cuidarnos.

Me gustaría llegar a algún día y ser como el, es un gran sueño llegar a tener la vida de un ídolo.

Estefani Cova

Estefani Del Valle Cova Cristancho.

CI: 20635090

Escaneado con CamScanner

JuanCarlos Valdemar Salazar Moy
Puerto Bahia Residential Complex
Concomita Building Apt PB-4
Lecheria, Anzoátegui, Venezuela

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

Hereby, I, Juancarlos Valdemar Salazar Moy, Venezuelan, married, 48 years old, bearer of identity card No. 8283394, Senior Technical Profession in Civil Construction, domiciled in Venezuela, Avenida Camejo Octavio, Puerto Bahía Residential Complex, Concomita Building, Apartment PB-4, Lechería city, Anzoátegui State, certify that I am familiar with Mr. Carlos Enrique Urbano Fermín by treatment and communication. I can attest that he is a responsible citizen. Since 1986, we had the opportunity to study high school at the same institution, even though we were on different grades, it was not limiting to establish a good friendship since our teenage years and to be able to share within his family nucleus and observe that within his environment, values that represent him as an entrepreneurial citizen and of very notorious human qualities are preserved.  We maintain a 35-year friendship, that has remained pure in all aspects, both family and work. We are united by family ties since I am the godfather of one of his daughters and he is the godfather of my two children, this role leads us to have more commitment to each other, since he has shown me that he is a selfless father and son, committed to his family and willing to reach out to those who need it, without having any interest, he has been classified as a good son, good brother, good boss, good friend and excellent life partner.

Sincerely,
JUANCARLOS VALDEMAR SALAZAR MOY

EU 038

Honorable Robert N. Scola, Jr
Tribunal de Distrito de los Estados Unidos
Distrito Sur de la florida
Miami Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola

      Por medio de la presente, yo Juancarlos Valdemar Salazar Moy, venezolano, casado, edad 48 años, portador de la cedula de identidad N° 8283394, Profesión técnico Superior en Construcción Civil, domiciliado en Venezuela, Avenida Camejo Octavio, Conjunto Residencial Puerto Bahía, Edificio Concomita, Apartamento PB- 4, ciudad Lechería, Estado Anzoátegui.

      Hago constar que conozco de trato vista y comunicación al Sr. Carlos Enrique Urbano Fermín, puedo dar fe que es una persona responsable y de alto proceder ciudadano, desde el año 1986, tuvimos la oportunidad de cursar estudios de secundaria en la misma institución, diferentes grados, pero no fue limitante para establecer una buena amistad desde la adolescencia y poder lograr compartir dentro de su núcleo familiar y observar que dentro de su entorno se conservan valores que lo representan como un ciudadano emprendedor y de cualidades humanas muy notorias.

      Mantenemos una amistad de 35 años, donde se ha mantenido en todos los aspectos, tanto familiar como laboral, nos unen vínculos familiares ya que soy padrino de una de sus hijas y él es padrino de mis dos hijos, este rol nos lleva a tener más compromiso el uno con el otro, ya que me ha demostrado que es un padre e hijo anegado, comprometido con los suyos y dispuesto a tender la mano al que lo necesite, sin tener ningún tipo de interés, ha sido catalogado como buen hijo, buen hermano, buen jefe, buen amigo y excelente compañero de vida.

Sin más a que hacer referencia

Cordialmente

JUANCARLOS VALDEMAR SALAZAR MOY
V-8283394

**EU 039**

*Alexandra Coromoto Gonzalez Rodriguez*
*Urbanizacion Boyaca 1, Vereda 28 No·1*
*Barcelona, Anzoategui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Alexandra Coromoto González Rodríguez, holder of the C.I. 8,291,178, residing in Urb. Boyacá I, vereda 28, no. 1, Barcelona, Anzoátegui, hereby, have the privilege of issuing this personal recommendation letter to the citizen, lawyer and agricultural producer, Carlos Enrique Urbano, residing in Orlando, Florida, whom I have the honor to know by sight, treatment and communication for 30 years and whom I can attest is an excellent citizen, responsible, supportive, a good father, a good husband and above all an exceptional son, who has maintained at all times an impeccable conduct of solid morals; I also have the honor of meeting his distinguished family made up of his two younger brothers, his mother and his father, who was also an excellent merchant in the area, dedicated to the food business.

I can attest that the citizen Carlos Enrique Urbano has exhibited good manners and courteous treatment in each of the interactions with other members of society that I have witnessed. Likewise, I can confirm the high ethical values that are reflected in his daily actions. He is an excellent entrepreneur and agricultural producer who contributes every day to increasing livestock production, especially in the states of Anzoátegui and Guárico, generating employment and wealth for the country. His beginnings as a businessman date back to 1995 when he was dedicated to the commercialization of wood, which was imported from Brazil, through the company Siseufsa, a family company managed by citizen Carlos Urbano and his two younger brothers.

**EU 040**

*Alexandra Coromoto Gonzalez Rodriguez*
*Urbanizacion Boyaca 1, Vereda 28 No·1*
*Barcelona, Anzoategui, Venezuela*

    For these and multiple other reasons, it is a privilege for me to grant my most complete and thorough recommendation, both personally and in his performance as a trader and agricultural producer.

Sincerely,
Alexandra Coromoto Gonzalez Rodriguez.

*Alexandra González*
*Urb. Boyacá I*
*Vereda 28 No. 1*
*Barcelona, Anzoategui, Venezuela*

Honorable Robert N. Scola, Jr.

Tribunal de Distrito de los Estados Unidos

Distrito Sur de la Florida

Miami, Florida

Re: Carlos Enrique Urbano Fermin

Yo, Alexandra Coromoto González Rodríguez, titular de la C.I. 8.291.178, residenciada en Urb. Boyacá I, vereda 28, nro. 1, Barcelona, Estado Anzoátegui, por medio de la presente, tengo el privilegio de emitir esta carta de recomendación personal al Ciudadano Abogado y Productor Agropecuario, Carlos Enrique Urbano, con residencia en Orlando, Florida, a quien tengo el honor de conocer de vista, trato y comunicación, desde hace 30 años y de quien puedo dar fe es un excelente ciudadano, responsable, solidario, buen padre, buen esposo y sobre todo un hijo excepcional, que ha mantenido en todo momento una impecable conducta de sólida moral; así mismo tengo el honor de conocer a su distinguida familia compuesta por sus dos hermanos menores, su madre y su padre, quien también fue un excelente comerciante de la zona, dedicado al negocio de víveres.

Puedo atestiguar que el Ciudadano Carlos Enrique Urbano ha exhibido buenas costumbres y un trato cortes en cada una de las interacciones con otros miembros de la sociedad que yo he presenciado. Así mismo, puedo confirmar sus altos valores éticos que se ven reflejados en su diario actuar. Es un excelente Empresario y Productor Agropecuario, que cada día contribuye con el incremento de la producción ganadera, especialmente en los Estados Anzoátegui y Guárico, generando empleo y riqueza para el país. Cabe destacar, que sus inicios como empresario datan del año 1995, cuando estuvo dedicado a la

EU 042

Alexandra Gonzalez
Urb. Boyacá I
Vereda 28 No. 1
Barcelona, Anzoateguí, Venezuela

comercialización de madera, la cual importaban desde Brasil, a través de la empresa Siseufsa, compañía familiar manejada por el Ciudadano Carlos Urbano y sus dos hermanos menores.

Por estas y múltiples otras razones, es un privilegio para mi, el otorgar mi más completa y cabal recomendación, tanto en lo personal como en su desempeño como Comerciante y Productor Agropecuario.

Cordialmente,

Alexandra Gonzalez

EU 043

*Petra Josefina González Rodriguez*
*Urb. La Estancia II*
*Barcelona, Anzoátegui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

Hereby, I, Petra Josefina González Rodriguez, holder of the C.I. 8,291,178, residing in
Urb. La Estancia II, Barcelona, Anzoátegui state, have the honor of issuing this personal
recommendation letter to the citizen, lawyer, agricultural producer and businessman, Carlos
Enrique Urbano, with residence in Orlando, Florida, whom I have the honor of knowing by sight,
treatment and communication, for 25 years and to whom I can attest is an excellent citizen,
responsible, supportive, good father, good husband and above all an exceptional son, that he has
maintained an impeccable conduct at all times. I also have the honor of meeting his family,
made up of his two younger brothers, his mother and his father, who was a merchant in the area
dedicated to the food business.

I can also attest that Carlos Enrique Urbano has exhibited good manners and courteous
treatment in each of the interactions with other members of society, which I have witnessed. I
can also confirm the high ethical values of him that are reflected in his daily activities as a
businessman, agricultural producer and lawyer, a career who he studied at the Santa María
University, and where he was my student in the course of Political Economy.

In his role as a rancher and merchant, every day he contributes to the increase in livestock
production, especially in the Anzoátegui and Guárico states, generating employment and wealth
for the country. It should be noted that his beginnings as a businessman date back to 1995, when
he was dedicated to the commercialization of wood, which was imported from Brazil, through

**EU 044**

*Petra Josefina González Rodriguez*
*Urb. La Estancia II*
*Barcelona, Anzoátegui, Venezuela*

the company Syseufsa, a family company managed by Citizen Carlos Urbano and his two brothers.

For these and multiple other reasons, it is a privilege for me to grant my most complete and thorough recommendation, both personally and in his performance as a Trader and Agricultural Producer.

Sincerely,
Name Surname

**EU 045**

*Jesus Leonardo Cova Teran*
*Av· Centurión*
*Barcelona, Anzoategui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

Hereby, I, Jesús Leonardo Cova Terán, holder of the Identity Card No. V- 8,269,318, residing at Av. Centurión, Barcelona, Anzoátegui State, have the honor to issue this personal recommendation letter to the citizen, Lawyer and Agricultural Producer, Carlos Enrique Urbano, residing in Orlando, Florida,  to whom I have the honor of knowing by sight, treatment and communication, for over 40 years and who I can attest to is an excellent citizen, responsible, supportive, good father, good husband and above all an exceptional son, who has maintained impeccable conduct at all times. Moreover, I have the honor of knowing since my childhood all of his distinguished family, made up of his two younger brothers, his mother and his father, who was also an excellent merchant in the area, dedicated to the food business.

 I can also attest that the citizen Carlos Enrique Urbano has exhibited good manners and courteous treatment in each of the interactions with other members of society that I have witnessed. He has been an exceptional friend to me, from whom I have received a great support both personally and commercially.  I can also confirm, his high ethical values that are reflected in his daily activities as an entrepreneur, agricultural producer, and lawyer.

In his role as an entrepreneur and agricultural producer, he has been able to develop his businesses, contributing to the increase in livestock production, especially in Anzoátegui and Guárico states, generating employment and wealth for the country.  It should be noted that his beginnings as a businessman date back to 1995, when he was dedicated to the commercialization of wood, which was imported from Brazil, through the company 'Syseufsa', a family business managed by Carlos Enrique Urbano Fermin and his two younger brothers.

**EU 046**

*Jesus Leonardo Cova Teran*

*Av. Centurión*

*Barcelona, Anzoategui, Venezuela*

For these and multiple other reasons, it is a privilege for me to grant my most complete and thorough recommendation, both personally and in his performance as a businessman and agricultural producer.


Sincerely,
Jesus Cova

**EU 047**

*Blanca Cova Urbano*
*El Ingenio, Urbanizacion Bosque residencial, house number 30/31*
*Barcelona, Anzoategui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Blanca Cova Urbano, Venezuelan, of legal age, holder of identity card No. 8,205,967, domiciled in the Urbanización, Bosque Residencial El Ingenio, house number 30/31, Barcelona, Lawyer profession, hereby I certify I know Carlos Enrique Urbano Fermín, since he was born in the year 1971, he is son of my uncle Carlos Enrique Urbano Sánchez and Hilda Carmen Fermín de Urbano, my aunt.

The purpose of this letter is to try to describe some of the dearest people, who with his defects and virtues, like all human beings, stands out more by his strengths than by his weaknesses, that is the case of my cousin Carlos Enrique Urbano, an insurmountable relative, who cares about his family and helps them;  An example of this is when our grandmother fell into bed with a sad disease (cerebrovascular accident), he took care of her, cleaned her, pampered her as only a good son does a mother. As a worker, along with his brothers, they have never been afraid of work. Since they were little, they helped their father in the farm, in the butcher shop, and in the different activities they carried out. They worked great as a team.  His impetus for work did not stop there, he continued working and studying at the same time until he achieved one of his goals, which was becoming a lawyer, and graduated from the University Santa Maria.

There are many anecdotes that come to my mind today. One of them is that one day he came from daily journey, and he had an exam and so, dirty, full of cattle dung from doing his

*Blanca Cova Urbano*
*El Ingenio, Urbanizacion Bosque residencial, house number 30/31*
*Barcelona, Anzoategui, Venezuela*

daily work, he entered the class and presented his exam, passing it, demonstrating his tenacity to achieve his goals.

Always in that constant search for improvement, they grew not only in the "La Palmita" field, or the butcher shop, or in 'Syseusa', but even to form a group of companies, always keeping in mind the benefit of his family, workers, and always aware of his neighbors, ready to extend a helping hand to those who needed it the most.

Sincerely,
Blanca Cova Urbano

Honorable Robert Scola. Jr

Tribunal de Distrito de los Estados Unidos

Distrito Sur la Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

Yo, Blanca Cova Urbano, venezolana, mayor de edad, titular de la cedula de identidad numero 8.205.967, domiciliada en la Urbanización, Bosque Residencial el ingenio, casa nro.30/31, Barcelona, municipio Bolívar del Estado Anzoátegui, República Bolivariana de Venezuela, de profesión Abogada, por medio de la presente, conozca a Carlos Enrique Urbano Fermín, desde que nació en el año 1971, hijo de mi Tío Carlos Enrique Urbano Sánchez e Hilda Carmen Fermín de Urbano, mi gran tia

La presente es con el objeto de, en estas cortas palabras intentar describir a unos de las personas más queridas, que con sus defectos y virtudes, como todos los seres humanos, destaca mas por su brillo que por cualquier defecto, ese es el caso de mi primo Carlos Enrique Urbano, un familiar insuperable, preocupado por los suyos, los ayuda; un ejemplo de ello, el momento en que nuestra abuela cayó en cama con una triste enfermedad (accidente cerebro vascular), el sin importar nada la cuidaba, la aseaba, la mimaba como solo un buen hijo lo hace a una madre; como trabajador, junto a sus hermanos, nunca le han tenido miedo al trabajo, desde pequeños ayudaban a su papa en la finca, en la carnicería y en las diferentes actividades que desempeñaban, ¡trabajaban como un gran equipo!. Su ímpetu por el trabajo no quedo allí, continuo trabajando y estudiando a la vez hasta logra una de sus metas, SER ABOGADO, egresado de la Universidad Santa María.

Muchas son las anécdotas que hoy me vienen a la mente, una de ellas es que un día venia del campo de realizar su jornada diaria, tenía un examen y así, sucio, lleno de bosta de ganado entro a clase y presento su examen, aprobándolo, demostrando con ello tenacidad para lograr sus metas.

Siempre en esa constante inquietud de superación, fueron creciendo no solo en campo "LA PALMITA", sino en la carnecería, en SYSEUSA, hasta formar un grupo de empresas, pero siempre teniendo en cuenta el beneficio de ustedes y su familia, nunca olvidando a tus trabajadores, y siempre pendiente del tus vecinos, dispuesta a tender una mano amiga a quien lo necesite

EU 050

Escaneado con CamScanner

Carlos Enrique viene de una familia Venezolana, de clase media formada con valores y principios; lamentablemente la situación país lo ha creado problemas los cuales espero logre superar

Atentamente

Blanca Cova Urbano

CI: 8.205.967

*Marianne Cova Urbano*
*Municipio Bolivar, Urbanizacion Bosque residencial El Ingenio, House 30/31*
*Barcelona, Anzoategui, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Marianne Cova Urbano, Venezuelan, of legal age, holder of identity card No 8.24.354, domiciled in the Urbanization Bosque Residencial el ingenio, house No. 30/31 Barcelona, Bolivar municipality of the Anzoátegui State, Bolivarian Republic of Venezuela, working as a professor, hereby certify I know Carlos Enrique Urbano Fermin, since he was born in 1971, son of my Uncle Carlos Enrique Urbano Sánchez and Hilda Carmen Fermin de Urbano, my aunt and a second mother.

Honorable Robert Scola Jr., today I am writing to talk about a person with whom I grew up since I was a child. We are only four (4) years apart, so we grew up as siblings. When I came home from school, he would sit next to me and accompany to do my homework to the point, that when it was time for him to go to preschool, he already knew how to read and write, and he went directly to the first grade. We shared many adventures as children and teenagers. There have been many experiences. From asking our grandmother to let us paint the house, to accompanying my uncle Carlos (Carlos Enrique's father, a hard-working and enterprising man), not only to the farm, but to sell merchandise that my uncle Carlos bought in the nearby towns, or even to unload sacks with merchandise when near the SYSEUFSA sheds.

In December, toys were handed out to all the less favored children, help to the elderly, who were overflowing in quantity, or when wood arrived at the company and he, together with the employees, unloaded them. If he was in the farm, he was next to the workers, sowing or milking. There are so many beautiful memories that counting them all would be many lines to write.

**EU 052**

*Marianne Cova Urbano*
*Municipio Bolivar, Urbanizacion Bosque residencial El Ingenio, House 30/31*
*Barcelona, Anzoategui, Venezuela*

We grew up in an incredible family environment where union and support were a constant, where values were always taught to us, combining solidarity, family unity, respect for our elders, our neighbors, our teachers. They taught us to share how little or how much we had, to respect the rules that they imposed on us at home. We were taught how important it is to work, to study, to set goals and achieve them based on effort, perseverance and responsibility, always honestly and without harming anyone.

As an adult, he became an exemplary husband and father. A father who has tried to instill all those values in his daughters, everything he learned when he was a child, what we see reflected in Carhil and Caren and in his home together with Rosa, his wife, with whom he was able to create a solid home, full of mutual respect and above all love.

Good son, good grandson, good brother, good cousin, good uncle, good person, always supportive and aware of his own people even when we are at distance, always aware of everyone, this is the Carlos Enrique with whom I grew up. I hope to continue growing at a distance since we never stop learning or being in solidarity in the good and bad moments of life that make us grow as individuals, since these life teachings strengthen us as people and make us grow. I can attest that you are meeting through these lines a great person worthy of respect and above all much admiration.

He studied law but did not exercise. His great passion is the field, and that is denoted when he talks to us about the subject, we can feel his excitement, we even like to hear him talk about cattle, or how many grains of corn a cob has. This passion is what drives him to achieve every goal he sets for himself. He able to solve mathematical accounts in his head, he is a lot like my uncle, in how tireless he is to work. Once again, I reiterate that lines are not enough to express my love for my brother Carlos Enrique, and more than sister love, I have affection, respect, admiration for him.


Sincerely,
Marianne Cova Urbano

EU 053

Honorable Robert Scola. Jr

Tribunal de Distrito de los Estados Unidos

Distrito Sur la Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola:

Yo, Marianne Cova urbano, venezolana, mayor de edad, titular de la cedula de identidad numero 8.24.354, domiciliada en la Urbanización, Bosque Residencial el ingenio, casa Nro. 30/31 Barcelona. municipio Bolívar del Estado Anzoátegui, Republica Bolivariana de Venezuela, de profesión Educadora, por medio de la presente, conozca a Carlos Enrique Urbano Fermin, desde que nació en el año 1971, hijo de mi Tío Carlos Enrique Urbano Sánchez e Hilda Carmen Fermín de Urbano, mi comadre, mi tía, una segunda madre

Honorable Robert Scola Jr., hoy le escribo para hablar de una persona con la creci, desde niña, sólo le llevo cuatro (4) años, compartimos como hermanos, cuando yo llegaba a casa de la escuela, el se sentaba junto a mi lado hacer las tareas al punto, que cuando le toco ir a la escuela al maternal ya sabia leer y escribir y paso directamente al primer grado, fuero muchas aventuras de niños y adolescente han sido muchas las vivencias, desde pedirle a la abuela que nos dejara pintar las casa y recuerdo que ¡ mi abuela decía ayuda de muchacho es poca pero quien la pierde es loca ¡ y asi pintabamos la casa, acompañabamos a mi tío Carlos (papa de Carlos Enrique, hombre muy trabajador y emprendedor), no solo al campo, si no vender en los pueblos cercanos la mercancia que compraba mi tio Carlos, o incluso a bajar sacos con mercancia o cuando cerca de los galpones de SYSEUFSA, llegado diciembre se daba juguetes a todos los niños menos favorecidos y ayuda a las personas mayores, que nos desbordaban en cantidad, o cuando llegaban las rolas a la empresa y el junto con los trabajadores las bajaban, si estaba en el campo estaba a la par de los obreros, sembrado, ordeñado son tantos hermosos recuerdos que contarlos todos serian muchas lineas a escribir, crecimos en un ambiente familiar increible donde la unión y el apoyo de la familia era una constante, donde siempre se nos inculcaron valores, como la solidaridad, unión familiar, respeto a nuestros mayores, a nuestros vecinos, a nuestros maestros, a compartir lo poco o lo mucho que se tenía a respetar las nomas que impone las leyes a las que nos imponian en casa. A trabajar a estudiar, a ponernos metas y conseguírlas en base al esfuerzo, constancia y a la responsabilidad, a no tenerle miedo al trabajo, siempre que fuera de manera honesta y sin dañar a nadie.

De grande se convirtió en esposo y padre ejemplar, el padre que ha tratado de inculcar esos valores a sus hijas, lo que aprendió de pequeño, lo que vemos reflejado en CARHIL y CAREN y en

su hogar junto con Rosa, su esposa, tienen un hogar solido, lleno de respeto mutuo y sobre todo mucho amor.

Buen hijo, buen nieto, buen hermano, buen primo, buen tío, buena persona, siempre solidario y pendiente de los suyos aun cuando estamos a las distancia siempre pendiente de todos, este el Carlos Enrique con el que crecí y espero seguir creciendo a la distancia ya que nunca dejamos de aprender, ni de ser solidarios en los buenos y los malos momentos de la vida que nos hacen crecer como persona, ya que estas experiencia de vida junto con las enseñanzas nos fortalecen como personas y nos hacen crecer, puedo dar fe que está usted está conociendo atreves de esta lineas a una gran persona digna de respeto y sobré todo mucha admiración, al menos de mi parte, pues es fuente de unión familiar, ya que aun cuando estamos a la distancia seguimos siendo una familia unida.

Estudio Leyes, aun cuando no la ejerció pues ya que su gran pasión es el campo y eso se denota cuando nos habla del tema, se siente emoción, hasta da gusta escucharlo hablar del ganado, o de cuantos granos de maíz tiene una mazorca, pasión esta que la lleva a todo lo que se propone, saca cuentas matemáticas en el aire, se parece mucho a mi tio, en lo incansable que es para trabajar.

Nuevamente le reitero que faltarían muchas líneas para expresarle la ciento por mi hermano Carlos Enrique, que no más que amor de hermana, cariño, respeto, admiración por él.

Atentamente

Marianne Cova Urbano

C.I: 8.24.35

Abogado

Escaneado con CamScanne

EU 055

*Luisa Ana Garcias Vicent*
*Avenida Camejo Octavio, Conjunto Residencial Puerto Bahia,*
*Edificio Concomita, Apartamento PB-4*
*Lecheria, Anzoategui*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

I, Luisa Ana García Vicent, Venezuelan, married, age 45, identified with the identity card No. 12914072, Profession License in Administration "Mencion de recursos materiales y financieros", domiciled in Venezuela, Avenida Camejo Octavio, Conjunto Residencial Puerto Bahía Residential Complex, Edificio Concomita, Apartment PB-4, Ciudad Lecheria, Anzoátegui.

It is my privilege to issue this letter of recommendation. I certify that I have known by sight, treatment, and communication Mr. Carlos Enrique Urbano Fermín for 16 years and know his attitude and responsibilities as a parent and worker. On October 19, 2005, I had the privilege of being selected to work for his company Transporte Urbano Fermín, CA., until September 17, 2017, where I got to know both his work and his family and friends. We worked as a limitless and entrepreneurial team.

In these 16 years, I declare that he is a hardworking man, honest, and with clear moral principles, so his conduct in private and social matters has always been of the highest order. To this day, we are more than a boss and employee. I consider Carlos Enrique Urbano Fermín as part of my family; he is the godfather of my (2) two children, he loves them as if they were his own, and he is excited to see them grow, he is a person who is always ready to help me in any situation that I ask. And he has made that clear to me at all times.

Sincerely,
Luisa Ana Garcia Vicent

Luisa Ana Garcias Vicent

Avenida Camejo Octavio, Conjunto Residencial Puerto Bahia,

Edificio Concomita, Apartamento PB-4

Lecheria, Anzoategui

EU 057

Honorable Robert N. Scola, Jr
Tribunal de Distrito de los Estados Unidos
Distrito Sur de la florida
Miami Florida

Re: Carlos Enrique Urbano Fermín

Estimado Juez Scola

Por medio de la presente, yo Luisa Ana Garcia Vicent, venezolana, casada, edad 45 años, identificada con la cedula de identidad N° 12914072, Profesión Licencia en Administración "Mención Recursos Materiales y Financieros", domiciliada en Venezuela, Avenida Camejo Octavio, Conjunto Residencial Puerto Bahía, Edificio Concomita, Apartamento PB- 4, ciudad Lechería, Estado Anzoátegui.

Es mi privilegio emitir esta carta de recomendación, con ella hago constar que conozco de vista trato y comunicación al Sr. Carlos Enrique Urbano Fermín desde hace ya 16 años, así como conocer su actitud y responsabilidades como padre de familia y trabajador. El 19 de octubre del 2005 tuve el privilegio de ser seleccionada para trabajar en su empresa Transporte Urbano Fermín, C.A. hasta el 17 de septiembre de 2017, donde pude conocer tanto su trabajo como a su familia y amigos, trabajamos como un equipo sin límites y emprendedor.

En estos 16 años declaro que es un hombre trabajador, honesto y con principios morales claros, por lo que su conducta en lo privado y en lo social es y ha sido siempre de primer orden. Hasta el día de hoy somos más que jefe y empleada, considero que Carlos Enrique Urbano Fermín es parte de mi familia, es padrino de mis (2) dos hijos, los quiere como si fueran suyos y le emociona ver su crecimiento, es una persona que siempre está dispuesta ayudarme en cualquier situación que se lo pida. Y me lo ha dejado bien claro en todo momento.

Sin más que hacer referencia

Cordialmente

Luisa Ana Garcia Vicent
12914072

**EU 058**

Carlos Eduardo Urbano Fermin
962 Marina Drive
Weston, FL, 33327
US

Honorable Judge Robert N. Scola, Jr.
United States District Court
Southern Florida district
Miami, Florida

Re: Carlos Enrique Urbano Fermin.
Dear Judge Scola

My Name is Carlos Eduardo Urbano Fermin, date of birth June 04, 1973, I am
Venezuelan with passport # 142084478 with residence at 962 Marina drive Weston
Florida 33327, I attest under oath that I know my brother, **CARLOS ENRIQUE
URBANO FERMIN**, I attest that I know Carlos Enrique Urbano Fermín well, he is a
wonderful person that I love and respect, that apart from being my brother is my
partner, that as a brother I respect and adore and I will always be there for him. After
the death of our father in September 2000 he became my father and I became his, and
since for my brother Carlos Esteban Urbano Fermin we were and we are there for him,
that we always respect each other, that we are pending of him, of our children and we of
his, that some inheritance that we want to leave to our children is that the family legacy
that we have of love and affection for one another, that carlos Enrique, with how special
he is, assumed since the death of my father the upbringing of our younger brother
Carlos Edgardo Manaure who sought him out and raised him to be a good man who is
already 25 years old today, and that Rosa Yslanda his wife, and Carlos Enrique Urban
raised him as one more son.

As Son **CARLOS ENRIQUE URBANO FERMIN** is the best I say it with all my love,
after the loss of our Brother CARLOS ERNESTO URBANO HENRIQUEZ, in
November 2003 in a car accident with me (Carlos Eduardo Urbano Fermin) I was
driving, we came from Brazil to Venezuela by land, My brother Enrique helped me with
everything, I was hospitalized for 15 days in the clinic and he assumed everything with
the Family with that pain that caused the death of my brother, helping my mother to
bury her son, being there like a man before all Carlos Enrique Urban and especially
supporting me to give me that strength to get up from that pain of guilt that one carries
due to this type of accident, my brother was 19 years old when he died accompanying
me to work in our wood business in Brazil that Our father left us, Carlos Enrique
Urbano Fermin, for my mother, He supports her and takes care of her to this day, she
lives with him in Orlando, she maintains and takes care of her, and I always keep an eye
on them, With my aunts, on the father's side, he always takes care of them, it is like his
responsibility that he assumed from an early age and taught me to understand and
support him, he is always pending to call for his medicines and to help for their
situation in Venezuela, although they are older and have their children, Carlos Enrique
is always aware of all of them, honestly Carlos Enrique is the best person full of love
that I know and I love him for them and respect.

In business, as my partner is an honest person, he never likes to deviate, he is a person
used to doing everything well since our father taught us to be upright and we were
raised in the fields, in agriculture the word is thicker than ink. We carry an inheritance

and we want to give as a legacy to our children, that today have been lost and that families like ours are struggling to maintain, he has been and will be the best partner I have. That he did not break our word and legacy, made us LOSE EVERYTHING IN VENEZUELA, to maintain our values since the system changed for them we made a decision, which led my brother in this confusion to defend us, he will never be alone nor his family, he has All my support. The mistakes that my brother Carlos Enrique made were for defending the family, to tell the corruption of a country that they all know, I would do the same for him and for the family and even more knowing the risk that our Brother Carlos Esteban Urbano runs that they have him kidnapped in the judicial authorities Venezuela 4 years without even present it before a serious court or judge.

For them I say that as a brother and partner he is a person full of values loyal to justice, I could fill out 1000 sheets of my brother's kindness, the employees have respected him and have given their love for being an excellent human being on his farms, His most humble employees love him since he cares for them like they are his children, Something that I cannot help explaining in these brief words is the love that he has for his animals, for his cows he has his genetic ideology that he carries that is admirable to achieve, to obtain the best gyr cattle.

MR judge, you can ask my brother for the name of each cow he has, when it was born, how much milk will he give him, why do you have to take care of it so that there is more production and there you will see the extraordinary human being that my brother is and I assure you that it is not because of the money that he gets, but that it is a passion of love to what he does, that is how it is in our business, He loves what he does, he loves his country and his farms and his animals, but he loves his family above all and each one of us, I love my brother and I admire him, I SWEAR TO GOD AND I GIVE HIM MY WORD THAT IT IS THE ONLY THING THAT US CARRY THAT EVERYTHING I SAY IS MY TRUTH AND GOD'S.

On the 15th of October 2021
Sincerely,

Carlos Eduardo Urbano Fermin
Passport Number 142084478
Phone Number 774-240-3800
962 marina Drive, Weston, Florida, 33327, USA

I SWEAR to God that everything expressed in this Letter is of my own inspiration and the whole truth.

Evelin Karina Henriquez Guzman
962 Marina Drive
Weston, FL, 33327
US

Honorable Judge Robert N. Scola, Jr.
United States District Court
Southern Florida district
Miami, Florida

Re: Carlos Enrique Urbano Fermin.
Dear Judge Scola

My Name Evelin Karina Henríquez Guzmán, date of birth January 31, 1976, I am
Venezuelan with passport #126292400 with residence at 962 Marina drive, Weston,
Florida, 33327, I attest under oath that I know Mr. **CARLOS ENRIQUE URBANO
FERMIN,** who is currently my brother-in-law since he is my husband's brother CARLOS
EDUARDO URBANO FERMIN. I attest that **Carlos Enrique Urbano Fermín** is a hard-
working person who is a good father of a family, who is responsible for his family and
watches over them, that in the 25 years that I have known him, he has never hurt anyone
who is a cordial person with his workers and who has great love for his family, his
nephews, that he is always aware of his brother and his nephews, that he adores his
daughters and wife, that he is a good son, that he has a great appearance for me and I
respect myself as well as I respect him. That he is a person close to God, that as the head
of the company he is always aware of his staff more than he needs it and under recourse,
which is the case of the people who work for him on the farms, he always shows respect
as human beings and helps them emerge and have social respect. I swear to God that what
I say is the truth of my respect and admiration for **CARLOS ENRIQUE URBANO
FERMIN.**

On the 15th of October 2021

Sincerely

Evelin Karina Henríquez Guzmán
Pasaporte 126292400
Teléfono 754-209-9715
962 marina Drive Weston Florida 33327 USA

I swear to God that everything expressed in this letter is of my own inspiration and the
whole truth.

Carlos Eduardo Urbano Henriquez
962 Marina Drive
Weston, FL, 33327
US

Honorable Judge Robert N. Scola, Jr.
United States District Court
Southern Florida district
Miami, Florida

Re: Carlos Enrique Urbano Fermin.
Dear Judge Scola

My Name Carlos Eduardo Urbano Henriquez, date of birth October 15, 1998, I am
Venezuelan with passport # 126157370 with residence at 962 Marina drive, Weston
Florida, 33327, I attest under oath that I know Mr. **CARLOS ENRIQUE URBANO
FERMIN**, who is currently my uncle on the father's side since he is my father's brother
CARLOS EDUARDO URBANO FERMIN. I attest that I know my uncle well **Carlos
Enrique Urbano Fermín** He is a good person whom I love and respect and admire as a
man, who is a good father of a family, who is responsible for his family and watches over
them, that in my 23 years of age, that I know him has never hurt has nobody. I know that
my UNCLE and Father maintain a beautiful brother relationship that I want that legacy
to be the same with my Brothers and cousins, that these three brothers, my two uncles
and my father love each other, that they always maintain a supportive relationship and
that I know that I count with my two uncles but especially with my uncle **Carlos Enrique
Urbano Fermin,** that he has been there as my grandfather Carlos Enrique Urbano
Sanchez, that whenever I call him he is there supporting me, like my father, always my
uncle Enrique as I say to him out of love, He teaches me the good things about life and
advises me not to harm people, that we work for good and that we take care of our legacy,
which is to have a word and do good.

I swear to God and my word as a man that what I say here is true.

On the 15th of October 2021
Sincerely

Carlos Eduardo Urbano Henriquez
Passport Number 126157370
Phone Number 754-248-4749
962 marina Drive, Weston, Florida, 33327, USA

I SWEAR to God that everything expressed in this Letter is of my own inspiration and
the whole truth.

EU 062

*Vicente Rafael Fermin Diaz*
*Municipio Diaz San Juan Bautista*
*Nueva Esparta, Venezuela*

The Honorable Robert N. Scola, Jr.
United States District Court
Southern District of Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermin

Dear Judge Scola:

   I, Vicente Rafael Fermin Díaz, Venezuelan, holder of the identity card No. V-4,046,379, residing in the State Nueva Esparta, Municipality of Díaz, San Juan Bautista, Venezuela, certify that I know the citizen Carlos Enrique Urbano Fermin who is my nephew since he is the son of my sister, Hilda Carmen Fermín, widow of Carlos Enrique Urbano Sánchez, educator and merchant respectively.

   Carlos Enrique Urbano Fermin, performed as a good student and worker from his childhood, doing work in the farm with his mother, father and brothers in a small family farm or where crops, cattle, pigs and chickens were raised. He also worked as seller of these products and their derivatives, thus beginning his development. He then got into the university and obtained the title of Lawyer of the Bolivarian Republic of Venezuela.

   Starting later with his effort and the collaboration and capital contributions of his father, mother, brothers and uncles, in which I include myself as one of the largest contributors, as well as bank loans to that undertaking, a small service company was born which contributed to his development as an entrepreneur in the purchase and of: sacks of sawdust, wood, construction materials, livestock and other services, becoming a formal taxpayer of the national treasury in all its areas.

Sincerely,
Vicente Rafael Fermin Diaz

**EU 063**

SEÑORES:
Honorable Robert N. Scola, Jr
Tribunal de Distrito de los Estados Unidos
Distrito Sur de la Florida
Miami, Florida

Re: Carlos Enrique Urbano Fermín
Estimado Juez Scola:

Yo Vicente Rafael Fermín Díaz, nacionalidad venezolana portador de la cedula de identidad V-4.046.379, residenciado en el Estado Nueva Esparta, Municipio Díaz, San Juan Bautista, Venezuela. Certifico que conozco al ciudadano Carlos Enrique Urbano Fermín el cual es mi sobrino por ser hijo de mi hermana Hilda Carmen Fermín de Urbano, viuda de Carlos Enrique Urbano Sánchez, Educadora y comerciante respectivamente.

Carlos Enrique Urbano Fermín, desde su niñez se desempeño como buen estudiante y trabajador, realizando labores en el campo con su madre, padre y hermanos en un pequeño fundo o finca de la Familia en donde se realizaban cultivos, cría de ganado, cochino y pollos, además de vendedor de estos productos y sus derivados, comenzando así su desarrollo ingreso a la Universidad obteniendo el título de Abogado de la República Bolivariana de Venezuela.

Emprendiendo luego con su esfuerzo y la colaboración o aportes de capital de su padre, madre, hermanos y tíos, en los cuales me incluyo como uno de los mayores aportantes, así como créditos de banca a ese emprendimiento, nace así una pequeña empresa de servicios la cual contribuyo a su desarrollo como empresario en la compra y ventas de: sacos de aserrín, madera, materiales de construcción, ganado y otros servicios, pasando a ser contribuyente formal del fisco nacional en todos sus ámbitos.

Es todo, para cualquier información al respecto a su orden.

Cordialmente,

VICENTE RAFAEL FERMÍN DÍAZ
C.I.V- 4.046.379
Estado Nueva Esparta- Venezuela.

EU 064